# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 8:19-cv-00197-KES　　　　　　　　　　　　　　　　Date: April 16, 2019

Title: MANTRA BAND, LLC v. OZPAR PTY LTD.

PRESENT:

### THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER to Show Cause Why Case Should Not Be Dismissed For Failure to Follow Local Rules

　　Per Local Rule 3-1, "In all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. § 1338 (regarding patents, plant variety protection, copyrights and trademarks), the attorney or party presenting the matter must also provide at the time of filing the required notice to the Patent and Trademark Office in patent, plant variety protection and trademark matters (Form AO-120) and the required notice to the Copyright Office in copyright matters (Form AO-121)."

　　Plaintiff identifies its lawsuit as "an action for trade dress infringement, trade dress dilution, and unfair competition arising under the trademark laws of the United States, Title 15, United States Code. Jurisdiction as to these claims is conferred on this Court by 28 U.S.C. §§ 1331, 1338(a) and (b)." (Complaint ¶ 12.)

　　On February 1, 2019, the Court Clerk's Office issued a Notice advising that Local Rule 3-1 requires Plaintiff to file forms AO-120 and AO-121. (Dkt. 11.) Plaintiff was advised to file the required forms within 10 days. (Id.)

The February 2019 filing deadline has now long passed, but counsel failed to file the forms or otherwise respond to the Notice. The Court, therefore, orders Plaintiff to show cause why this action should not be dismissed for failure to comply with Local Rule 3-1.

Plaintiff may discharge this order by doing either of the following before **April 30, 2019**: (1) filing forms AO-120 and/or AO-121 or (2) filing a "Response to OSC" explaining why Local Rule 3-1 does not apply to this lawsuit.

　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk <u>JD</u>