# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:19-cv-00197-KES                                    Date: May 8, 2019

Title: MANTRA BAND LLC v. OZPAR PTY LTD, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**      Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendants

Mantra Band LLC ("Plaintiff") filed this action on January 31, 2019. (Dkt. 1.) On February 1, 2019, at Plaintiff's request, the Clerk issued a 21-day summons directed to Defendants Ozpar Pty Ltd and Pinar Parry ("Defendants"). (Dkts. 9 and 10.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. Although that 90-day deadline has expired, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before May 21, 2019**, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to timely serve Defendants.

Initials of Deputy Clerk <u>JD</u>