JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTRA BAND, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>OZPAR PTY LTD, an Australian private company d/b/a DELTA & CO; PINAR PARRY, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 8:19-cv-00197-JVS-ADS<br><br>**JUDGMENT GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Plaintiff Mantra Band, LLC ("Plaintiff") brought the present action against defendant Ozpar Pty. Ltd., d/b/a Delta & Co ("Delta & Co") and Pinar Parry ("Parry" or collectively, "Defendants") alleging federal trade dress infringement, federal trade dress dilution, and federal unfair competition under 15 U.S.C. §1125.

After considering the records from the above entitled action, including the Memorandum of Points and Authorities, Exhibits, and Declaration of Omid E. Khalifeh submitted in support of Plaintiff's Motion for Entry of Default Judgment, other evidence as required by F.R.C.P. 55(b) and Local Rule 55.1, and all other matters presented to the Court, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Default judgment is entered against Defendants, on the basis that Defendants have failed to answer the Complaint or otherwise defend in this action;

2. Plaintiff has demonstrated the requirements for obtaining permanent injunctive relief, thereby entitling Plaintiff to a permanent injunction prohibiting Defendant from infringing Plaintiff's trade dress under 15 U.S.C. § 1116;

3. Defendant has infringed and diluted Plaintiff's trade dress, thereby entitling Plaintiff to $100,000 in damages under 15 U.S.C. § 1117(a);

4. Defendant has infringed and diluted Plaintiff's trade dress, entitling Plaintiff to $750 in damages representing the costs of this action under 15 USC § 1117(a); and

5. Plaintiff is entitled to $5,600 in attorney's fees under the schedule set forth in Local Rule 55-3.

DATED: June 15, 2020

_____
Hon. James V. Selna
United States District Judge